IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NAOMI ONOFREI,

                Plaintiff(s),

    v.

OREGON HEALTH & SCIENCE UNIVERSITY, et al.,

                Defendant(s).

Civil No. 03:23-cv-00154-JR

**ORDER OF DISMISSAL**

IT IS ORDERED that Plaintiff's Unopposed Motion to Dismiss [26] is GRANTED and that this action is DISMISSED with prejudice.  Pending motions, if any, are DENIED AS MOOT.

Dated this 17th day of May, 2023.

by    /s/ Jolie A. Russo
        Jolie A. Russo
        United States Magistrate Judge